**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In Re: TRT Products Liability Litigation (MDL No. 2545) 1:14-cv-09178

Case Number: 14-CV-01748

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs, Jesse & Kimberly Mitchell

Attorney name (type or print): Stephanie O'Connor

Firm: Douglas & London, P.C.

Street address: 59 Maiden Lane, 6th Floor

City/State/Zip: New York, NY 10038

Bar ID Number: 2224343 NY; 04431997 NJ
(See item 3 in instructions)

Telephone Number: 212-566-7500

Email Address: soconnor@douglasandlondon.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 1, 2017

Attorney signature: S/ Stephanie O'Connor
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015