ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jesse Mitchell,

Plaintiff(s),

v.

AbbVie, Inc and Abbott Laboratories, Inc.,

Defendant(s).

Case No. 14 C 9178
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants AbbVie and Abbott Laboratories on the first claim, strict liability, and on the second claim, negligence. Judgment entered in favor of plaintiff, Jesse Mitchell, on the third claim, fraudulent misrepresentation. Plaintiff Jesse Mitchell is awarded punitive damages in the amount of $150,000,000.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 7/24/2017                    Thomas G. Bruton, Clerk of Court

                                   Pamela J. Geringer, Deputy Clerk