

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
MATTHEW F. KENNELLY
JUDGE

TELEPHONE
435-5618

July 24, 2017

Members of the jury:

Thank you for your note.

Your note says this:

> **IF**
> How are punitive damages
> if they are awarded

You should consult page 21 of the jury instructions, entitled "Punitive damages."

Sincerely,

*Judge Kennelly*

## IF

How are punitive damages if they are awarded

ORIGINAL - VERDICT SHEET.

We have reached a verdict