**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Jesse Mitchell, et al.
                              Plaintiff,

v.                                                Case No.: 1:14–cv–09178
                                                      Honorable Matthew F. Kennelly

AbbVie, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 8, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held on 3/8/2018 and continued to 3/9/2018 at 9:00 AM. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.