## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jesse Mitchell, et al.
                      Plaintiff,

v.                                             Case No.: 1:14−cv−09178
                                                      Honorable Matthew F. Kennelly

AbbVie, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 26, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Jury deliberations continue. Defendants' motion for mistrial is denied. Jury deliberations completed on 3/26/2018. Jury returns verdict in favor of defendants AbbVie and Abbott Laboratories on the first claim, strict liability; in favor of plaintiff Jesse Mitchell on the second claim, negligence; and in favor of defendants AbbVie and Abbott Laboratories on the third claim, fraudulent misrepresentation. Plaintiff Jesse Mitchell is awarded compensatory damages as follows: Non−economic damages in the amount of $50,000.00; economic damages in the amount of $150,000.00; and punitive damages in the amount of $3,000,000.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.