# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jesse Mitchell,

Plaintiff(s),

v.

AbbVie, Inc and Abbott Laboratories, Inc.,

Defendant(s).

Case No. 14 C 9178
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants AbbVie and Abbott Laboratories on the first claim, strict liability; in favor of plaintiff Jesse Mitchell on the second claim, negligence; and in favor of defendants AbbVie and Abbott Laboratories on the third claim, fraudulent misrepresentation. Plaintiff Jesse Mitchell is awarded compensatory damages as follows: Non-economic damages in the amount of $50,000.00; economic damages in the amount of $150,000.00; and punitive damages in the amount of $3,000,000.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 3/26/2018        Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk